IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HUSTON L. BURKS**                                                                                          **PETITIONER**
**ADC #87853**

**v.**                          **CASE NO: 5:13CV00390 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                  **RESPONDENT**

**FINAL JUDGMENT**

Consistent with the order entered on this date, the petition is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September 2014.

_____
UNITED STATES DISTRICT JUDGE